AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:17 MJ 18 |
| Matthew Stager | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 2, 2017 _____ in the county of _____ Prince George _____ in the
_____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751(a) | Escape from the Custody of the Attorney General of the United States |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

| Angela Mastandrea-Miller | |
|---|---|

_____
*Complainant's signature*

U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ February 7, 2017 _____

/S/
David J. Novak
United States Magistrate Judge
*Judge's signature*

City and state: _____ Richmond, VA _____

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:17MJ18 |
| | ) | |
| MATTHEW STAGER, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Hundley ("affiant") being duly sworn, hereby depose and state as follows:

1.      I am a Deputy U.S. Marshal and have been employed by the United States Marshals Service ("USMS") since December, 2009. As a Deputy United States Marshal, I am empowered to conduct investigations and make arrests pursuant to 28 U.S.C. § 566. I am currently assigned to the Eastern District of Virginia, Fugitive Investigations Unit in Richmond, Virginia. In April, 2010, I successfully completed the requirements of the Federal Law Enforcement Training Center and Basic Deputy USMS training academy in Glynco, Georgia. I have conducted numerous fugitive investigations seeking and arresting persons wanted for federal, state and local crimes. From 2005 until 2009, I was a Police Officer for the City of Portsmouth, Virginia.

2.      This affidavit is made in support of a criminal complaint and arrest warrant charging Matthew Ezekiel Stager ("Stager") with Escape from the Custody of the Attorney General of the United States, in violation of 18 U.S.C. § 751(a).

3.      On April 26, 2013, Stager was convicted in the Western District of Texas, Austin Division, for Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a). U.S. District Court Judge Sam Sparks sentenced Stager to a term of sixty (60) months confinement and five (5) years supervised release and one ($100) hundred-dollar special assessment. Stager was initially designated to the Federal Correctional Institution ("FCI") El Reno in El Reno, Oklahoma, on September 9, 2013. Stager was subsequently transferred to the FCI Petersburg Medium in Hopewell, Virginia, on December 2, 2015.

4.      On February 3, 2017, the USMS received an escape notification from FCC Petersburg Medium indicating that Stager failed to report to the Austin Transitional Center, located at 3154 East HWY in Del Valle, Texas. Stager was scheduled to arrive no later than 20:25 hours on Thursday, February 2, 2017. After Bureau of Prisons officials confirmed with personnel from the Austin Transitional Center that Stager failed to report as directed, Stager was placed on escape status. Stager signed and acknowledged the Bureau of Prisons furlough application form on January 24, 2017.

5.      As of this date, Stager has not reported to the Austin Transitional Center or returned to FCC Petersburg Medium and remains in escape status.

6.      Based on the aforementioned information, your affiant concludes that there is probable cause to believe that Matthew Ezekiel Stager has escaped from the custody of the Attorney General of the United States, or from an institution or facility in which Stager was confined by direction of the Attorney General of the United States, in violation of 18 U.S.C. § 751(a) and that a warrant be issued for the arrest of Stager.

Adam Hundley
Deputy United States Marshal
Eastern District of Virginia, Richmond Division


Sworn and subscribed before me on this ___7th___ day of February 2017, in the City of Richmond, Virginia.

/S/
David J. Novak
United States Magistrate Judge

2